UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-cr-00011-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMAAL RAY CURTIS | UNOPPOSED MOTION TO REOPEN<br>AND EXTEND THE DEADLINE FOR<br>FILING OBJECTIONS TO THE<br>PRESENTENCE REPORT AND TO<br>CONTINUE SENTENCING |

The motion to continue sentencing is GRANTED. Sentencing will be set for the May 8, 2018 term of court in Greenville, North Carolina.

The period to file objections to the presentence report is reopened and extended until April 20, 2018.

SO ORDERED.

This 29th day of March 2018.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Court Judge